In the Matter of the Claim of JACOB HELLMAN, Respondent, against MANNING SAND PAPER COMPANY et al., Appellants.

*Matter of Hellman* v. *Manning Sand Paper Co.*, 176 App. Div. 127, affirmed.

(Argued April 19, 1917; decided May 8, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The complainant was injured while in the employ of the Manning Sand Paper Company as a night watchman. While standing on the platform of the employer's factory two men came along and assaulted him, one taking some money from his pocket, the other stealing his lunch box. During the assault he was thrown down the stairs leading from the platform to the ground, receiving bruises and an injury to the left shoulder. Appellant's contentions were that the plant was not in operation, the claimant was not engaged in a hazardous employment at the time of the accident, and the claim, therefore, does not come within the provisions of the act; that the assault committed upon the claimant was not due to any special risk connected with his employment, and the injuries, therefore, did not arise out of the employment, and that the award was not based solely upon the injuries incident to the assault, but was also based upon disability arising from a prior accident.

*Jeremiah F. Connor* for appellants.

*Egburt E. Woodbury*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.